IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
17 MAR 16 AM 11:26
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

| | | |
|---|---|---|
| KATHRYN COTTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. NO. 1:16-CV-00146-SS |
| | § | |
| SUN LIFE ASSURANCE COMPANY OF CANADA, | § | |
| | § | |
| Defendant. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Kathryn Cotton ("Plaintiff") and Defendant Sun Life Assurance Company of Canada ("Defendant") have announced to the Court that the matters in controversy between them have been settled. In accordance with the Stipulation of Dismissal with Prejudice signed by counsel for the parties, it is

ORDERED that all claims, demands, debts, or causes of action asserted or assertable herein by and between Plaintiff, on the one hand, and Defendant, on the other hand, are DISMISSED WITH PREJUDICE; it is further

ORDERED that all costs are taxed against the party incurring them.

SO ORDERED.

SIGNED this 16th day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE

AGREED TO:

By: /s/ Greg Reed
    Greg Reed
    State Bar No. 16677750
    greg@brrlaw.com

BEMIS, ROACH & REED
4100 Duval Road, Bldg. I, Suite 200
Austin, TX 78759
Tel: 512.454.4000
Fax: 512.453.6335

ATTORNEYS FOR PLAINTIFF
KATHRYN COTTON


By: /s/ Bill E. Davidoff
    Bill E. Davidoff
    State Bar No. 00790565
    bill.davidoff@figdav.com
    Attorney-in-Charge

FIGARI + DAVENPORT, LLP
901 Main Street, Suite 3400
Dallas, TX 75202
TEL: 214.939.2000
FAX: 214.939.2090

ATTORNEYS FOR DEFENDANT SUN LIFE
ASSURANCE COMPANY OF CANADA